

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-20-00012-CV

___

IN THE INTEREST OF P.E.R., A CHILD

___

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2014-510,469, Honorable Les Hatch, Presiding

___

April 24, 2020

MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS[1], JJ.

Appellant, Maia Chpak, appeals from the trial court's *Order in Suit to Modify Parent-Child Relationship.* Now pending before the Court is Chpak's motion seeking voluntary dismissal of her appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not address costs, costs will be taxed against

___

[1] Justice Lawrence M. Doss, not participating.

Chpak.  TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam